IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OREGON NATURAL DESERT ASSOCIATION;
and KLAMATH SISKIYOU WILDLANDS
CENTER,

        Plaintiffs,                        1:10-cv-1212-CL

    v.                                    **ORDER**

DAVID SABO, District Ranger,
Chemult Ranger District, Fremont-
Winema National Forests; and U.S.
FOREST SERVICE,

        Defendants,

    and

IVERSON MANAGEMENT LIMITED
PARTNERSHIP,

        Intervenors.


**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and

Recommendation (#37) and an Amended Report and Recommendation


1 - ORDER

Regarding Remedial Relief (#70), and the matter is now before me. <u>See</u> 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(c); <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the reports (#37 & #70).

       IT IS SO ORDERED.


       DATED this __*30*__ day of March, 2012.

OWEN M. PANNER
U.S. DISTRICT JUDGE



2 - ORDER