IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OREGON NATURAL DESERT ASSOCIATION;
and KLAMATH SISKIYOU WILDLANDS
CENTER,

       Plaintiffs,                    1:10-cv-1212-CL

  v.                                      **ORDER**

DAVID SABO, District Ranger,
Chemult Ranger District, Fremont-
Winema National Forests; and U.S.
FOREST SERVICE,

       Defendants,

  and

IVERSON MANAGEMENT LIMITED
PARTNERSHIP,

       Intervenors.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#37) and an Amended Report and Recommendation

1 - ORDER

Regarding Remedial Relief (#70), and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the reports (#37 & #70).

IT IS SO ORDERED.

DATED this **30** day of March, 2012.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER